# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

ASHLEY M. BURDETTE

*Plaintiff(s)*

v.   Civil Action No. 1:22-cv-154

ALDI, INC.

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: ALDI'S Motion to Dismiss is GRANTED. ALDI's request to strike Burdette's untimely response is DENIED. All claims are DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to enter judgment in favor of ALDI, and to STRIKE this case from the Court's active docket.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge  Thomas S. Kleeh

Date: September 11, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ D. Kinsey

*Signature of Clerk or Deputy Clerk*